

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-83,551-01

### EX PARTE JAMES EDWARD OWENS III, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1069785-A IN THE 232ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the

clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte*

*Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of

marihuana and sentenced to 180 days' imprisonment in the state jail.

Applicant contends that the State used material false evidence against him due to drug testing

conducted by Jonathan Salvador, a former forensic scientist with the Texas Department of Public

Safety's Crime Laboratory. *See Ex parte Coty*, 418 S.W.3d 597 (Tex. Crim. App. 2014). We order

that this application be filed and set for submission to determine whether Applicant is entitled to

habeas relief. The parties shall brief these issue.

It appears that Applicant is represented by counsel. If that is not correct, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and desires to be represented by counsel, the trial court shall appoint an attorney to represent Applicant. TEX. CODE CRIM. PROC. art 26.04. The trial court shall send to this Court, within 60 days of the date of this order, a supplemental transcript containing: a confirmation that Applicant is represented by counsel; the order appointing counsel; or a statement that Applicant is not indigent. All briefs shall be filed with this Court within ninety days of the date of this order.

Filed: April 13, 2016
Do not publish